[L. A. No. 4458. Department One.—October 18, 1918.]

HUNTINGTON LAND & IMPROVEMENT COMPANY (a Corporation), Respondent, v. KENNETH WALLACE et al., Appellants.

APPEAL—INJUNCTION—INSUFFICIENT RECORD—AFFIRMANCE OF ORDER.— An order granting an injunction *pendente lite* must be affirmed, where the order is assailed upon the sole ground of the insufficiency of the affidavits upon which the motion was based to support the order, and the record does not contain the authentication by the trial judge required by the statute.

APPEAL from an order of the Superior Court of Los Angeles County granting an injunction *pendente lite*. Lewis R. Works, Judge. Affirmed.

The facts are stated in the opinion of the court.

Lee Roy E. Keeley, for Appellants.

Gibson, Dunn & Crutcher, and O. R. Robinson, for Respondent.

THE COURT.—This is an appeal from an order granting the plaintiff an injunction *pendente lite*. The appellant assails the order upon the sole ground of the insufficiency of the affidavits upon which the motion was based to support said order, but the record as prepared does not contain the authentication by the trial judge required by the statute which would authorize us to consider those affidavits. The order appealed from must, therefore, be affirmed for want of a record upon which the alleged error can be considered. So ordered.